

# UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

### BILL OF INFORMATION FOR CONSPIRACY TO COMMIT SECURITIES FRAUD AND FORFEITURE ALLEGATION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CRIMINAL NO. 14- 67 – BAJ- RLB |
| | : | |
| *versus* | : | |
| | : | 18 U.S.C. § 371 |
| | : | 18 U.S.C. § 981(a)(1)(C) |
| SCOTT DAVID ZERINGUE | : | 28 U.S.C. § 2461(c) |

## THE UNITED STATES ATTORNEY CHARGES:

At the specified times and at all relevant times:

### BACKGROUND

1.     **SCOTT DAVID ZERINGUE**, the defendant herein, was the Vice President of

Construction Operations for the Plant Services Division of The Shaw Group, Inc. ("Shaw").

2.     J.R. was a friend and family member of **ZERINGUE**.

3.     In July 2012, in the course of his duties as a Shaw officer, **ZERINGUE** received

confidential information regarding an impending acquisition of Shaw by another company ("the

inside information").

### THE CONSPIRACY AND ITS OBJECTS

4.     In July 2012, **ZERINGUE** and J.R. knowingly and intentionally did conspire

with each other and with others, both known and unknown, to commit offenses against the

United States, that is, securities fraud (insider trading) in violation of Title 15, United States

Code, Sections 78j(b) and 78ff, and Title 17, Code of Federal Regulations, Sections 240.10b5

and 240.10b5-1.

Dippel
USPO

## MANNER AND MEANS

5.     The objects of the conspiracy were accomplished in the following manner:

a.     In a series of phone conversations, **ZERINGUE** provided the inside information to J.R., with the understanding that J.R. would purchase and sell Shaw securities on the basis of such information.

b.     Both **ZERINGUE** and J.R. used the inside information as the basis for trading in Shaw securities on the New York Stock Exchange and thereby made substantial profits.

c.     **ZERINGUE**'s disclosure of the inside information to J.R. and his exploitation of the information for personal benefit were in breach of the duty of trust and confidence that he owed to Shaw and Shaw's shareholders.

## OVERT ACTS

6.     In furtherance of the conspiracy and to accomplish its objects, **ZERINGUE** and J.R. committed and caused to be committed the following overt acts, among others, in the Middle District of Louisiana and elsewhere:

a.     On or about July 11, 2012, J.R. purchased stock options in Shaw.

b.     On or about July 12, 2012, J.R. transferred funds into an options trading account.

c.     On or about July 13, 2012, **ZERINGUE** purchased 125 shares of stock in Shaw.

d.     On or about July 16, 2012, J.R. purchased additional stock options in Shaw.

e.      On or about July 24, 2012, J.R. purchased additional stock options in

Shaw.

The above is a violation of Title 18, United States Code, Section 371.

## FORFEITURE ALLEGATION

7.      Upon conviction of the offense charged in this Bill of Information, the defendant,

**SCOTT DAVID ZERINGUE**, shall forfeit to the United States of America, pursuant to Title

18, United States Code, Section 981(a)(1)(C), and Title 28, United States Code, Section 2461(c),

any property, real or personal, which constitutes or is derived from proceeds traceable to the

offense. The property to be forfeited includes, but is not limited to, approximately THIRTY

TWO THOUSAND SIX DOLLARS ($32,006) in proceeds derived from this offense.

8.      If any of the proceeds described above, as a result of any act or omission

of the defendant:

a.      cannot be located upon the exercise of due diligence;

b.      has been transferred, or deposited with, a third party;

c.      has been placed beyond the jurisdiction of the court;

d.      has been substantially diminished in value; or

e.      has been commingled with other property which cannot be divided

without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p) as incorporated by Title 18, United States Code, Section 982(b), to seek forfeiture of any other property of the defendant up to the value of the forfeitable property described above.

Date: **6-2-14**

UNITED STATES OF AMERICA, by

J. WALTER GREEN
UNITED STATES ATTORNEY

J. CHRISTOPHER DIPPEL, JR.
ASSISTANT U.S. ATTORNEY

M. PATRICIA JONES
ASSISTANT U.S. ATTORNEY

**Criminal Cover Sheet     U.S. District Court**

**Place of Offense:**                                    **Matter to be sealed:** ___ No  _X_ Yes

City          Baton Rouge                                **Related Case Information:**

County/Parish   East Baton Rouge                         Superseding Indictment _____ Docket Number _____
                                                         Same Defendant _____      New Defendant  X_____
                                                         Magistrate Case Number _____
                                                         Search Warrant Case No. _____
                                                         R 20/ R 40 from District of _____
                                                         **Any Other Related Cases:** _____

**Defendant Information:**

Defendant Name:      Scott David Zeringue
Alias
Address:
Birthdate:          SS #:          Sex:       Race:                Nationality:

**U.S. Attorney Information:**

AUSA:  J. Christopher Dippel, Jr.   Bar #:  30480

**Interpreter:**  _X_  No  __ Yes        **List language and/or dialect:**

**Location Status:**

Arrest Date    _____
_____       Already in Federal Custody as of
_____       Already in State Custody
_____       On Pretrial Release

**U.S.C. Citations:**

Total # of Counts:      1_____

| Index Key/Code | Description of Offense Charged | Count(s) | Petty/ Misdemeanor/ Felony |
|---|---|---|---|
| 18 U.S.C.§ 371 | Conspiracy to Commit Securities Fraud | 1 | Felony |
| | | | |
| | | | |
| | | | |

(May be continued on second sheet)

**Date:**  6-2-14          **Signature of AUSA:** _____

**District Court Case Number (To be filled in by deputy clerk):** _____